IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSEPH TAYLOR, SR.,            )
ET UX.,                        )
    Plaintiffs,            )
                    )
     v.                      )   Civil Action No. 06-382
                    )
C & A LEASING, INC.,           )
ET AL.,                        )
    Defendants.            )

## ORDER

AND NOW this 29th day of December, 2006, upon consideration of plaintiffs' Uncontested Motion to File Sur-Reply Brief [document #22], IT IS HEREBY ORDERED that the motion is GRANTED and plaintiffs' sur-reply brief with respect to their motion to compel shall be filed on or January 12, 2007.

BY THE COURT:

s/Gary L. Lancaster          , J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:  all parties of record