IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH TAYLOR, SR. and BETTY TAYLOR,<br>    Plaintiffs,<br><br>    v.<br><br>C&A LEASING, INC., et al.,<br>    Defendants | Civil Action No. 06-0382 |

ORDER

AND NOW this 20th day of April, 2007, IT IS HEREBY ORDERED that plaintiffs' emergency motion to quash [doc. no. 43] is DENIED.  Plaintiffs' motion is untimely pursuant to this court's April 13, 2007 order.

BY THE COURT,

_____, J.

cc:   All Counsel of Record

1