IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH TAYLOR, SR., <br> BETTY TAYLOR, | ) <br> ) <br> ) | CIVIL ACTION NO. 06-0382 |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | |
| C & A LEASING, INC., C & A <br> TRANSPORTATION, INC., and, <br> DAVID COVENTRY, Jointly and <br> severally, | ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**■■■■■■ ORDER**

AND NOW, this 26 day of April, 2007, it is hereby ORDERED that Plaintiffs' Motion to Continue Deposition and to Preclude Expert Testimony (Doc. No. 48) is denied.

BY THE COURT,

_____ J.
Honorable Gary L. Lancaster